IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: § | |
| BEATTIE MICHELLE IRENE § | CASE NO.10-41872 |
| § | |
| § | |
| DEBTOR § | |
| BAC Home Loans Servicing, L.P. fka § | CHAPTER 13 |
| Countrywide Home Loans Servicing, L.P. § | |
| CREDITOR | |

NOTICE OF MORTGAGE PAYMENT CHANGE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now Creditor, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and respectfully provides notice of a change of on-going mortgage payment as indicated below.

1. New Payment: $ 1396.53   Effective March 01, 2011

    a. Change Reason:     Escrow Change

    b. Principal and Interest: $ 1218.57

    c. Escrow:     $ 177.96

    d. Total Payment:   $ 1396.53

2. Loan Number:     xxxxx6473

3. All future payments made on the above account should be made payable to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and sent to 7105 Corporate Drive Mail Stop TX2-982-03-03 , Plano, TX 75024-0000.

Dated: January 21, 2011

> Respectfully submitted,
> Brice, Vander Linden & Wernick, P.C.
>
> /s/ Larry J. Buckley
> Larry J. Buckley
> 9441 LBJ Freeway Suite 250
> Dallas, TX 75243
> 972-643-6600
> 972-643-6698 (Telecopier)
> E-mail:notice@bkcylaw.com
> Authorized Agent for
> BAC Home Loans Servicing, L.P. fka Countrywide
> Home Loans Servicing, L.P.

## CERTIFICATE OF SERVICE

      I, Larry J. Buckley, hereby certify that a true and correct copy of the foregoing Notice of Payment Change has been served upon the following parties in interest on January 21, 2011 via the method listed below:

via electronic notification:
Debtor's Attorney
CORRINE BIELEJESKI
1 Kaiser Plz Ste 480
Oakland, CA 946123686

via pre-paid regular U.S. mail:
Primary Debtor
BEATTIE MICHELLE IRENE
8 PETAR LN
PITTSBURG, CA 94565

via electronic notification:
Chapter 13 Trustee
MARTHA G. BRONITSKY
P.O. BOX 5004
HAYWARD, CA 945405004


    /s/ Larry J. Buckley

10-41872


Any questions or objections should be directed to and served on
at the address below:

| | |
|---|---|
| Creditor: | BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. |
| Contact: | Customer Service |
| Address 1: | 2380 Performance Dr. Bldg C Mail Stop: RGV-C-32 |
| Address 2: | |
| City: | Richardson |
| State: | TX |
| Zip: | 75082 |
| Telephone: | 1-800-669-5224 |
| Fax: | 972-498-5932 |
| E-mail: | bankruptcy.administration@bankofamerica.com |

NOTICE OF MORTGAGE PAYMENT CHANGE   2

Case: 10-41872   Doc# 19   Filed: 01/25/11   Entered: 01/25/11 10:49:12   Page 2 of 2