B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Michelle Irene Beattie  
_____Debtor_____

Case No. 10-41872-RLE

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Green Tree Servicing LLC

Court claim no. (if known): N/A

Last four digits of any number you use to identify the debtor's account: 5 4 7 7

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No  
☐ Yes. Date of the last notice: _____  
       mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Attorney Fees for preparing and filing the Motion for Relief | 1/9/2015 | (11) | $ 1,026.00 |
| 12. Other. Specify: Attorney Fees - Notice of Postpetition Advance | 3/23/2015 | (12) | $ 100.00 |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ _[signature]_  Signature

Date 3/23/15
mm/dd/yyyy

**Print:** Jonathan J. Damen
First Name   Middle Name   Last Name

**Title** Attorney for Creditor

**Company** RCO Legal, P.S.

**Address** 1241 E. Dyer Rd., Suite 250
Number   Street
Santa Ana   CA   92705
City   State   ZIP Code

**Contact phone** (714) 277-4888

**Email** jdamen@rcolegal.com

**RCO LEGAL, P.S.**
Jonathan J. Damen, Esq., #251869
Kristi M. Wells, Esq., #276865
Nancy L. Lee, Esq., #272035

1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
714-277-4937/ Fax: 714.277.4899
Email jdamen@rcolegal.com

RCO# 213578

Attorney for Creditor
Green Tree Servicing LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Michelle Irene Beattie<br><br><br>_____ Debtor. | Bk. No. 10-41872-RLE<br>**Chapter 13**<br><br>PROOF OF SERVICE |

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served the within **Notice of Postpetition Mortgage Fees, Expenses, and Charges** in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or via electronic service as follows:

**SERVICE VIA U.S. MAIL:**

Michelle Irene Beattie
8 Petar Lane
Pittsburg, CA 94565

**SERVICE VIA ELECTRONIC NOTICE:**

Patrick L. Forte
pat@patforte.com

PROOF OF SERVICE

1

1 | Martha G. Bronitsky
  | 13trustee@oak13.com
2 |
3 | US Trustee (OAK)
  | USTPRegion17.OA.ECF@usdoj.gov
4 |
  | Service was made on March 23, 2015 at Santa Ana, California. I declare under penalty of
5 | perjury under the laws of the United States that the foregoing is true and correct.
6 |
7 | By: [signature]
8 |
...

**PROOF OF SERVICE**

2