# UNITED STATES BANKRUPTCY COURT

Northern District of California (Oakland)

In re  Michelle Irene Beattie    Case No. 10-41872
    Debtor    Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.

**Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account: 6599

**Date of payment change:** 04/15/2015
Must be at least 21 days after date of this notice

**New total payment:** $232.63
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No
☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: ____    New escrow payment: ____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate: ____    New interest rate: ____
Current principal and interest payment: ____    New principal and interest payment: ____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No
☑ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: NUMBER OF DAYS IN THE BILLING CYCLE CHANGED

Current mortgage payment: $210.13    New mortgage payment: $232.63

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.  ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Robert Phifer   Date 03/23/2015
Assistant Vice President

Print: Robert Phifer   Title: Assistant Vice President

Company: Bank of America, N.A.   Specific Contact Information:
Address: 2380 Performance Dr   Phone: 214-209-8475
Richardson, TX 75082   Email: robert.phifer@bankofamerica.com

675014-08a99534-59f9-4395-a2ea-c3d1e5bd733e

# UNITED STATES BANKRUPTCY COURT

Northern District of California (Oakland)

Chapter 13 No. 10-41872

In re:                                                              Judge: Judge Roger L. Efremsky

Michelle Irene Beattie

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:          Michelle Irene Beattie
8 Petar Lane
Pittsburg, CA 94565

Debtor's Attorney:          Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza 480
Oakland, CA 94612-3610

Trustee:          Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566

/s/ Bill Taylor
Authorized Agent