```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

The following constitutes
the order of the court. Signed October 30, 2015

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 10-41872 RLE |
| **MICHELLE IRENE BEATTIE,** | Chapter 13 |
|         **Debtor.** | <u>ORDER SHORTENING TIME</u> |
| _____/ | |

Upon reviewing and considering the Ex Parte Motion of Debtor to shorten time for Chase Bank to object and request a hearing on the Motion to Avoid Judicial Lien, and good cause appearing therefor,

IT IS ORDERED that debtor shall serve a Notice & Opportunity for Hearing giving Chase Bank five (5) days to object to the Motion to Avoid Judicial Lien and to request a hearing.

**END OF ORDER**

**COURT SERVICE LIST**

Attn: Officer
Chase Bank USA, N.A.
201 North Walnut Street
Wilmington, DE 19801

Attn: Officer
Chase Bank USA, N.A.
5743 Corsa Avenue, Suite 215
Westlake Village, CA 91362-6467

Attn: Rory W. Clark, Esq.
Chase Bank USA, N.A.
C/o Law Office of Rory W. Clark
5743 Corsa Avenue, Suite 215
Westlake Village, CA 91362-6467